# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>La Russo v. St. George's School | USCA DOCKET NUMBER:<br>13-1665cv | COUNSEL'S NAME:<br>Gerald W. Sawczyn |
| | DISTRICT/AGENCY:<br>S.D.N.Y. | COUNSEL'S ADDRESS:<br>Proskauer Rose LLP, Eleven Times Square, New York, NY 10036 |
| | DISTRICT/AGENCY NUMBER:<br>12-cv-3093 | DATE:<br>March 18, 2014 |

Counsel for
 Defendants-Appellees
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 Plaintiff-Appellant
and in favor of
 Defendants-Appellees
for insertion in the mandate.

Docketing Fee                                                                 N/A

Costs of printing appendix (necessary copies _____ )     N/A

Costs of printing brief (necessary copies  see Declaration  )     $184.00

Costs of printing reply brief (necessary copies _____ )     N/A

**(VERIFICATION HERE)**

/s/ Gerald W. Sawczyn

Signature

Rev. April, 2011

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| DR. MARIA LA RUSSO, as attorney in fact for A. Matthew De Lucia,<br><br>                         Plaintiff-Appellant,<br><br>against<br><br>ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, and John Does 1-5 and Jane Does 1-5 (as employees, agents, and/or servants of St. George's and/or as independent contractors),<br><br>                         Defendants-Appellees. | Case No. 13-1665cv<br><br>Appeal from the United States District Court for the Southern District of New York<br><br>District Court No. 12-CV-3093 (Judge Ramos)<br><br>**DECLARATION OF**<br>**GERALD W. SAWCZYN** |

GERALD W. SAWCZYN declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am associated with Proskauer Rose LLP, counsel for Defendant-Appellee St. George's University, Ltd. (sued herein as St. George's University School of Medicine). I respectfully submit this declaration in support of Defendant-Appellee's Bill of Costs.

2. As reflected in the itemized bill annexed hereto as Exhibit A, the recoverable costs incurred in connection with this appeal are as follows:

   Cost of printing Defendant-Appellee's Brief:
   6 copies at 68 pages at $0.20 per page =   $81.60
   Binding 6 copies at $2.40 each =   $14.40
   Brief Cover =   $88.00
   **TOTAL =**   $184.00

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2014
New York, New York

                                                Gerald W. Sawczyn

# Exhibit A

Case: 13-1665　Document: 80　Page: 3　03/18/2014　1180834　4



**RECORD PRESS**
Appellate Management Document Solutions

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ▪ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

March 18, 2014

GERALD SAWCZYN, ESQ.
PROSKAUER ROSE, LLP
11 TIMES SQUARE, 28TH FLOOR
NEW YORK, N.Y. 10036-6581

LaRUSSO v ST. GEORGE'S UNIVER
**Appellee's Brief**
**United States Court of Appeals for the Second Circuit**

### ITEMIZED BILL OF COSTS

Typesetting and Printing  10 copies of the above-referenced: **Appellee's Brief**

| QUANTITY | DESCRIPTION | PRICE | **AMOUNT** |
|---|---|---|---|
| 1 | Cover (1-sided): | 88.00 | $88.00 |
| 680 | Printed 68 Pages of Text x 10 Copies: | 0.20 | $136.00 |
| 10 | Bound Books Printed: | 2.40 | $24.00 |
| | | **TOTAL:** | $248.00 |
| | | **NY SALES TAX:** | $22.01 |
| | | **TOTAL:** | $270.01 |

We certify that the stated charges are based on customer ordered minimum of 10 copies including those needed to serve and file, and the price is comparable to industry standards.

*Evelyn Crespo*
_____
Evelyn Crespo
Billing